UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

ASIL LEON HUBLEY,

              Plaintiff,

v.

CAROLYN W. COLVIN,
Commissioner of Social Security,

              Defendant.

No.   2:13-CV-0193-JLQ

JUDGMENT IN A
CIVIL CASE

**DECISION BY THE COURT:**

This action came to hearing before the court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Defendant's Motion for Summary Judgment is **GRANTED**; Plaintiff's Motion for Summary Judgment is **DENIED**.    Judgment is entered for Defendant.

DATED: March 20, 2014

SEAN F. McAVOY
Clerk of Court

By:  _s/Cora Vargas_
      Deputy Clerk

**1 | JUDGMENT IN A CIVIL CASE**